IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOODMAN BALL INC.,

    Plaintiff,

  v.

MACH II AVIATION INC., ESCAPE VELOCITY OF TAMPA BAY, INC., JOHN STANTON, WALTER HOLMICH, PETER ARGER, and DOES 1–10, inclusive,

    Defendants.

No. C 10-01249 WHA

**ORDER RESETTING CASE MANAGEMENT CONFERENCE**

The case management conference currently set for September 23, 2010, is **MOVED** to **SEPTEMBER 22, 2010, AT 11:00 A.M.** Please file a joint case management statement by September 20.

**IT IS SO ORDERED.**

Dated: September 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE