IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOODMAN BALL INC.,

    Plaintiff,

  v.

MACH II AVIATION INC., ESCAPE VELOCITY OF TAMPA BAY, INC., JOHN STANTON, WALTER HOLMICH, PETER ARGER, and DOES 1–10, inclusive,

    Defendants.

No. C 10-01249 WHA

**ORDER DENYING ATTENDANCE AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**

    The Court had moved the case management conference on September 16 to today at 11:00 a.m. to accommodate the parties. Defendant waited until 8:23 a.m. today to request further accommodation to appear by telephone. The Court's telephone equipment does not make it feasible to hold hearings over the telephone. The request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 22, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2010Civ\10-01249 Goodman Ball\OrderDenyingCMCByTelwpd.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28