UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOODMAN BALL, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>MACH II AVIATION, INC.;<br>ESCAPE VELOCITY OF TAMPA BAY,<br>INC.; JOHN STANTON; WALTER<br>HOLMICH; PETER ARGER; and Does 1-<br>10, inclusive,<br><br>    Defendants. | Case No.:  3:10-CV-01249-WHA<br><br>~~PROPOSED~~ **ORDER RE SCHEDULE<br>FOR CLAIM CONSTRUCTION**<br><br>DATE: FEBRUARY 9, 2011<br>TIME: 1:30 PM<br>CTRM: 9, 19th Fl.<br><br>Judge: The Honorable William H. Alsup |

1   Pursuant to this Court's *Case Management Order and Reference to ADR Unit for*
2   *Mediation* issued on September 22, 2010 (Docket No. 37), Plaintiff Goodman Ball, Inc. ("GBI")
3   files and emails this joint *Proposed Order Re Schedule for Claim Construction* to
4   whapo@cand.uscourts.gov.

# ~~PROPOSED~~ ORDER RE ESCHEDULE FOR CLAIM CONSTRUCTION

| Event | Date |
|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions and Accompanying Documents – Patent L.R. 3-1 and 3-2 | 09/27/10 |
| Disclosure of Preliminary Invalidity Contentions and Accompanying Documents– Patent L.R. 3-3 and 3-4 | 10/13/10[1] |
| Exchange of Proposed Terms and Claim Elements for Construction – Patent L.R. 4-1(a) | 10/20/10 |
| Disclosure of Identity, Qualifications, and Expertise of Expert Witnesses | 10/20/10 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence – Patent L.R. 4-2(a) | 11/10/10 |
| Joint Claim Construction and Prehearing Statement Patent L.R. 4-3 | 11/20/10 |
| Claim Construction Prehearing Conference | 11/27/10 |
| Expert Witness Reports on Markman Issues | 12/27/10 |
| Completion of Claim Construction Discovery Patent L.R.4-4 | 12/27/10 |
| Plaintiff's Opening Claim Construction Brief Patent L.R. 4-5 | 01/04/11 |
| Defendants' Response to Plaintiff's Opening Claim Construction Brief | 01/18/11 |
| Plaintiff's Reply to Defendants' Response | 01/25/11 |
| Claim Construction Hearing | 02/09/11 |

---

[1] By providing this *Proposed Order Re Schedule for Claim Construction*, GBI does not in any way whatsoever consent to allow Defendants to challenge the validity of the '260 patent. In a series of emails and teleconferences, GBI has stated its position that it would object to any challenge by Defendants to the '260 patent in light of the Prior Litigation.

| | |
|---|---|
| SHUTTS & BOWEN LLP | AHMADSHAHI & ASSOCIATES |
| Respectfully Submitted, | Respectfully Submitted, |
| /S/John E. Johnson<br>John E. Johnson | /S/ Michael M. Ahmadshahi<br>Michael M. Ahmadshahi |
| Attorney for Defendants<br>*Seeking Pro Hac Vice Admission* | Attorney for Plaintiff |

*Pursuant to Gen. Ord. 45XB Michael M. Ahmadshahi attest that concurrence in the filing of this document has been obtained from the above signatory.*

---

The proposed claim construction schedule is **APPROVED.**

**IT IS SO ORDERED.**

Dated: October 8, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT

# **CERTIFICATE OF SERVICE**

I, Michael M. Ahmadshahi, certify under penalty of perjury that the foregoing *Proposed Order Re Schedule for Claim Construction* was served on the interested parties listed below, via the Court's Electronic Filing Program, United States Mail, Electronic Mail, and/or any other manner permitted by the Federal Rules of Civil Procedure on October 8, 2010.

/S/ Michael M. Ahmadshahi
Michael M. Ahmadshahi, Esq.

AHMADSHAHI & ASSOCIATES
Michael M. Ahmadshahi, Esq. (Bar No. 219933)
Shana L. Villoria, Esq. (Bar No.261342)
600 Anton Blvd., Ste. 1100
Costa Mesa, CA 92626
Telephone: 714.371.4321
Facsimile:  714.371.4221
Email: mahmadshahi@mmaiplaw.com
Email:  svilloria@mmaiplaw.com

Attorney for Plaintiff,
**GOODMAN BALL, INC.**

Arthur H. Barens
Joe Hariton
Law Offices of Arthur H. Barnes
10209 Santa Monica Blvd.
Los Angeles, CA  90067
Telephone: (310) 557-0444
Facsimile: (310) 557-1432
Email: barenslaw@aol.com
Email: jhariton@barenslaw.com

John E. Johnson
Janelle A. Weber
Shutts & Bowen LLP
100 S. Ashley Drive, Ste. 1500
Tampa, FL  33602
Telephone: (813) 229-8900
Facsimile: (813) 229-8901

Attorneys for Defendants Mach II and Escape Velocity in Case No. 3:07-CV-01148-BZ; and Attorneys for Defendants Escape Velocity, Stanton, and Arger in Case No. 3:10-CV-01249-WHA.