UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOODMAN BALL, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>MACH II AVIATION, INC.;<br>ESCAPE VELOCITY OF TAMPA BAY,<br>INC.; JOHN STANTON; WALTER<br>HOLMICH; PETER ARGER; and Does 1-10, inclusive,<br><br>    Defendants. | Case No.: 3:10-CV-01249-WHA<br><br>[~~PROPOSED~~] **ORDER RE FILING OF FIRST AMENDED COMPLAINT**<br><br>**DATE:**<br>**TIME:**<br>**CTRM: 9, 19th Fl.**<br><br>Judge: The Honorable William H. Alsup |

Pursuant to stipulation between the parties, leave to file a first amended complaint is **GRANTED**. Plaintiff shall file the complaint (attached to the stipulation as an exhibit) as a separate entry on the docket **by FRIDAY, OCTOBER 29, 2010**.

**IT IS SO ORDERED.**

Date: __October 27_____, 2010.

_____
Honorable William H. Alsup
United States District Judge

PRESENTED BY:

| SHUTTS & BOWEN LLP | AHMADSHAHI & ASSOCIATES |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /S/Janelle A. Webber<br>Janelle A. Webber | /S/ Michael M. Ahmadshahi<br>Michael M. Ahmadshahi |
| Attorney for Defendants<br>*Pro Hac Vice* | Attorney for Plaintiff |

*Pursuant to Gen. Ord. 45XB Michael M. Ahmadshahi attest that concurrence in the filing of this document has been obtained from the above signatory.*

# CERTIFICATE OF SERVICE

I, Michael M. Ahmadshahi, certify under penalty of perjury that the foregoing *Proposed Order re Filing of First Amended Complaint* was served on the interested parties listed below, via the Court's Electronic Filing Program, United States Mail, Electronic Mail, and/or any other manner permitted by the Federal Rules of Civil Procedure on October 27, 2010.

/S/ Michael M. Ahmadshahi
Michael M. Ahmadshahi, Esq.

AHMADSHAHI & ASSOCIATES
Michael M. Ahmadshahi, Esq. (Bar No. 219933)
Shana L. Villoria, Esq. (Bar No.261342)
600 Anton Blvd., Ste. 1100
Costa Mesa, CA 92626
Telephone: 714.371.4321
Facsimile:  714.371.4221
Email: mahmadshahi@mmaiplaw.com
Email:  svilloria@mmaiplaw.com

Attorney for Plaintiff,
**GOODMAN BALL, INC.**

Arthur H. Barens
Joe Hariton
Law Offices of Arthur H. Barnes
10209 Santa Monica Blvd.
Los Angeles, CA  90067
Telephone: (310) 557-0444
Facsimile: (310) 557-1432
Email: barenslaw@aol.com
Email: jhariton@barenslaw.com

John E. Johnson
Janelle A. Weber
Shutts & Bowen LLP
100 S. Ashley Drive, Ste. 1500
Tampa, FL  33602
Telephone: (813) 229-8900
Facsimile: (813) 229-8901

Attorneys for Defendants Mach II and Escape Velocity in Case No. 3:07-CV-01148-BZ; and Attorneys for Defendants Escape Velocity, Stanton, and Arger in Case No. 3:10-CV-01249-WHA.